■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA MOORE, Appellant.—Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting her upon her plea of guilty to criminal possession of stolen property in the second degree, defendant argued that the court erred in failing to hold an in camera hearing pursuant to *People v Darden* (34 NY2d 177, *rearg denied* 34 NY2d 995). We agreed and remitted the case for a *Darden* hearing (124 AD2d 1032). Based on that hearing transcript, we are satisfied that the warrant was issued upon probable cause. We further find that the informant's reliability was established by the police officer's affidavit, in which he asserted that the informant had given information that had led to two arrests and convictions *(see, People v Rodriguez,* 52 NY2d 483, 489).

We have examined defendant's remaining arguments on appeal and find them to be without merit. (Resubmission of Appeal from Judgment of Supreme Court, Erie County, Marshall, J.—Criminal Possession Stolen Property, 2nd Degree.) Present—Green, J. P., Pine, Balio, Lawton and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL MOONEY, Appellant.—Judgment unanimously affirmed. Memorandum: The acts of sexual abuse committed upon separate victims during one continuous series of sexual acts constituted separate and distinct crimes, and the court properly imposed consecutive sentences *(see, People v Smiley,* 121 AD2d 274, 275-276, *lv denied* 68 NY2d 817; *People ex rel. Eldard v La Vallee,* 15 AD2d 611, *lv denied* 11 NY2d 642, *cert denied* 371 US 837). Modification of the sentence in the interest of justice is not warranted. (Appeal from Judgment of Wayne County Court, Parenti, J.—Rape, 1st Degree.) Present —Green, J. P., Pine, Balio, Boehm and Davis, JJ.